NUMBER 13-07-681-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DIANA N. DIAZ, D.D.S., Appellant,


v.



PATTERSON DENTAL SUPPLY, INC., Appellee.

_____________________________________________________________


On appeal from the County Court at Law No. 3


 of Cameron County, Texas


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, Diana N. Diaz, D.D.S., appealed a summary judgment rendered against
her in favor of appellee, Patterson Dental Supply, Inc., in County Court at Law No. 3 of
Cameron County, Texas. On November 6, 2007, the Clerk of this Court notified appellant
that the clerk's record in the above cause was originally due that same day, and that
Veronica Deaton, the Deputy District Clerk of Cameron County, had notified this Court that
appellant failed to make arrangements for payment of the clerk's record. The Clerk of this
Court notified appellant of this defect so that steps could be taken to correct the defect, if
it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of prosecution. Appellant failed to respond to the Court's
notice. Appellant has further failed to pay required fees as directed by the Clerk of this
Court. 

 The Court, having considered the documents on file, appellant's failure to comply
with the requirements of the appellate rules and failure to respond to the Court's notices,
is of the opinion that the appeal should be dismissed. See id. 37.3, 42.3(b),(c). 
Accordingly, the appeal is DISMISSED. 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 17th day of April, 2008.